UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ALICE BATTEE

VERSUS

STATE OF LOUISIANA, ET AL

CIVIL ACTION NO. 5:14CV3207

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE HAYES

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation [Doc. #14] is correct,

**IT IS ORDERED, ADJUDGED, and DECREED** that Plaintiff's Complaint, [Doc. #s 1, 13], is **DISMISSED WITH PREJUDICE** and that Plaintiff's pending Motion to Serve, [Doc. # 10], is **DENIED as moot**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Plaintiff's pending Motions to Appoint Counsel [Doc. #16] and to Serve/Appoint Counsel [Doc. #17] are **DENIED as moot.**

THUS DONE AND SIGNED in chambers, this _16_ day of _April_ 2015, Shreveport, Louisiana.

Donald E. Walter
United States District Judge